FACES, INC., T/A CREATIONS, A CORPORATION OF THE STATE OF NEW JERSEY, PLAINTIFF-APPELLANT, v. BARBARA KENNEDY, ET ALS., DEFENDANT-RESPONDENT.

Superior Court of New Jersey
Appellate Division

Argued March 9, 1982—Decided March 24, 1982.

Before Judges FRITZ, ARD and TRAUTWEIN.

*Jeffrey D. Light* argued the cause for appellant (*Greenberg, Margolis, Ziegler & Schwartz,* attorneys; *Stephen N. Dratch,* of counsel and on the brief).

*Anthony J. Sposaro* argued the cause for respondent (*Gern, Stieber, Dunetz, Davison & Weinstein,* attorneys; *Amos Gern* of counsel; *Anthony J. Sposaro* on the brief).

PER CURIAM.

The judgment on appeal is affirmed substantially for the reasons expressed in Judge Villanueva's written opinion dated June 8, 1981.

Affirmed.